THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BEN ELLIS, Defendant-Appellant.

(No. 55603;

First District—July 6, 1972.

Opinion by Mr. JUSTICE DEMPSEY.

Charles Kraut, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Terence J. Mahoney, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MARY CURRAN, Defendant-Appellant.

(No. 55799;

First District—July 6, 1972.